IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:01-CR-66-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br><br>EDWARD COOPER,<br>　　　　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant to the undersigned (Document No. 487) received in chambers on September 20, 2010. In the letter, which the Court will consider a motion, Mr. Cooper asks for a new bond.

The record reflects that Mr. Cooper is represented by appointed counsel, Roderick Glenn Davis. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Cooper has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Cooper's request for a bond is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Davis.

**SO ORDERED**.

Signed: September 21, 2010

David C. Keesler
United States Magistrate Judge